David J. McGlothlin, Esq. (SBN: 026059)
david@westcoastlitigation.com
**HYDE & SWIGART**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone:   (602) 265-3332
Facsimile:    (602) 230-4482

*Attorneys for Plaintiff,*
Evan Hartly

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

[PORTLAND DIVISION]

| Evan Hartly, <br><br> Plaintiff, <br><br> v. <br><br> Barclays Bank Delaware, <br><br> Defendant. | **Case No.: 3:17-CV-00995-YY** <br><br> **UNILATERAL DISMISSAL WITHOUT PREJUDICE** |
|---|---|

   Please take notice: Pursuant to F.R.C.P. 41(a) Plaintiff hereby dismisses this action without prejudice with each party to bear their own attorney's fees and costs.

Respectfully submitted,

Dated: October 12, 2018                                         **HYDE & SWIGART**

                                                                    By: s/ David J. McGlothlin
                                                                         David J. McGlothlin
                                                                         *Attorney for Plaintiff*